**Opinion filed October 19, 2023**



**In The**

# Eleventh Court of Appeals

_____

**No. 11-22-00355-CV**

_____

**CELESTE SALINAS, Appellant**

**V.**

**JERRY PATTERSON, Appellee**

**On Appeal from the County Court at Law**
**Ector County, Texas**
**Trial Court Cause No. CCL-22888**

## M E M O R A N D U M   O P I N I O N

Appellant, Celeste Salinas, filed a pro se notice of appeal from a judgment entered by the trial court. Appellant's brief was originally due to be filed in this court on or before July 24, 2023. On August 8, the clerk of this court notified Appellant that her brief was past due. On August 15, on our own motion, we extended the deadline and informed Appellant that the failure to file her brief in this court by August 25, 2023, could "**result in dismissal of the appeal**." *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

As of this date, Appellant has not filed a brief, nor has she requested an extension of time in which to file her brief. Based upon Appellant's failure to prosecute this appeal in a timely manner, we conclude that this appeal should be dismissed. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Accordingly, we dismiss this appeal for want of prosecution.


JOHN M. BAILEY
CHIEF JUSTICE


October 19, 2023

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.